IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CR-98-206-T |
| | ) | |
| RUSSELL GREGORY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The government has moved for a reduction of sentence under the provisions of Rule 35(b) Federal Rules of Criminal Procedure. The court finds the motion to be meritorious.

This court's sentence of May 7, 1999 is hereby amended, in part, as follows:

> The defendant is hereby committed to the custody of the Bureau of Prisons, on Count 47, for a period of sixty (60) months. The defendant is so committed on Count 74 to forty-one (41) months, the two sentences to run consecutively. In all other respects, the court's sentence of May 7, 1999 shall remain in full force and effect.

Given the defendant's projected release date of September 21, 2007 and given the defendant's present participation in the Residential Drug Abuse Program, it is the court's intention to give the defendant the benefit of the granting of the Rule 35 motion and to allow him the time to successfully complete the RDAP program before his release.

IT IS SO ORDERED this 11th day of October, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE